Carl F. Mariano, State Bar No. 010994 (mariano@lbbslaw.com)
Felice Guerrieri, State Bar No. 021107 (guerrieri@lbbslaw.com)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona  85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorney for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Arlotta, III, Individually;<br><br>  Plaintiff,<br><br>vs.<br><br>Coalfield Services, Inc., a foreign corporation; Terence Necessary and Jane Doe Necessary, husband and wife; John Does I-X and Jane Does I-X; Black Corporations I-X and White Partnerships I-X<br><br>  Defendants. | CASE NO.:<br><br><br>**NOTICE OF REMOVAL** |

Defendants Coalfield Services Inc. and Necessary hereby give notice that they are removing this action from Maricopa County Superior Court to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§1332, 1441 and 1446 for the following reasons:

**A.     This Court Has Diversity Jurisdiction Pursuant to 28 U.S.C. § 1332.**

**1.     There is complete diversity among the parties.**

(a)     Plaintiff Anthony Arlotta is a resident of Maricopa County, Arizona.  See, Complaint in matter no. CV2008029775, Superior Court of Arizona, Maricopa County ("Complaint"), Par. I.

4852-5779-1235.1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

(b)     Coalfield Services, Inc. is a Virginia corporation with its principal place of business in Virginia.

(c)     Terence and Joyce Necessarry are residents of Virginia, and were at all relevant times. See Complaint, Par. III.

(d)     Therefore, the parties are citizens of two separate states and complete diversity exists between them. (See U.S.C. 1332(a)(2)).

**2.     The Amount in Controversy Exceeds $75,000.**

This lawsuit arises from Plaintiff's claim for injuries and damages related to an alleged collision on March 16, 2008 in Phoenix, Arizona. As outlined by Plaintiff's Complaint and prayer for special and general damages, the amount in controversy exceeds the $75,000 minimum necessary for diversity jurisdiction.

**B.     This Notice of Removal is Timely.**

Plaintiff filed his Complaint on November 24, 2008. Plaintiff served the Complaint on Defendants on December 22, 2008. This Notice of Removal, therefore, is timely filed. *See* 28 U.S.C. § 1446(b).

**C.     Defendants have attached Copies.**

Defendants have attached copies of the original Complaint, Summons, and all other court documents in its possession. See Exhibit 1.

**D.     Concurrent Filing.**

Defendants have concurrently filed a copy of this notice with the Superior Court of Arizona, Maricopa County. See Exhibit 2.

LEWIS BRISBOIS BISGAARD & SMITH LLP

**E.  Service.**

Defendants have served upon Plaintiff a copy of this notice.

RESPECTFULLY SUBMITTED this 31 day of December, 2008.

                          LEWIS BRISBOIS BISGAARD & SMITH LLP

                    By   /s/   Felice F. Guerrieri
                       Attorney for Defendants.

COPY of the foregoing mailed/faxed this
31 day of December, 2008, to:

John A. Schill, Esq.
PHILLIPS & ASSOCIATES
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Attorney for Plaintiff

By    /s/Terri Crawford