1  John A. Schill (#018904)
   PHILLIPS & ASSOCIATES
2  3030 North Third Street, Suite 1100
   Phoenix, Arizona 85012
3  Telephone:   (602) 258-8900
   Facsimile:    (602) 279-9155
4
   Attorney for Plaintiff
5
               **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
6
               **IN AND FOR THE COUNTY OF MARICOPA**
7
   ANTHONY ARLOTTA, III, Individually,          Case No.: **CV2008-029775**
8
                 Plaintiff,                      **COMPLAINT**
9
        vs.                                      Tort — Motor Vehicle
10
   COALFIELD   SERVICES,   INC.  a   foreign
11 corporation; TERENCE NECESSARY AND
   JANE DOE NECESSARY, husband and wife;
12 JOHN DOES I-X; JANE DOES I-X; BLACK
   CORPORATIONS    I-X;    and    WHITE
13 PARTNERSHIPS I-X,
14               Defendants.
15

16     Anthony Arlotta, III (hereinafter Plaintiff), for his complaint, alleges:

17                                        I

18     Plaintiff is, and was at all times material herein, a resident of the county of Maricopa,

19 State of Arizona.

20                                        II

21     Defendant Coalfield Services, Inc. is  a foreign corporation, authorized to do business

22 within the County of Maricopa, State of Arizona.

23                                        III

24     Defendant Terrence Necessary and Jane Doe Necessary are, and were at all times

25 material herein, husband and wife, and residents of the State of Virginia.

                                          1

COPY

NOV 2 4 2008

MICHAEL K. JEANES, CLERK
E. PEREZ
DEPUTY CLERK

**IV**

At all times material herein, Terrence Necessary was acting individually, and for and on behalf of the marital community comprised of himself and Jane Doe Necessary, for which said marital community should be held liable to Plaintiff under applicable law. Further, the true name of Defendant Jane Doe Necessary is unknown, and Plaintiff will seek leave to amend this complaint once said Defendant's true name becomes known.

**V**

Defendants John Does and Jane Does I-X, and Black companies, partnerships, and White corporations I-X (hereafter fictitious defendants) are, and were at all times material herein, principals and/or employers for which Terrence Necessary was acting as an agent, servant, or employee within the scope of his agency or employment at the time of the accident alleged hereafter.  As soon as their true names become known, Plaintiff will amend this Complaint.  Said fictitious defendants should be held liable to Plaintiff for the actions of Terrence Necessary on the theories of respondeat superior, agency, equitable estoppel, or other applicable law.

**VI**

Upon belief, all fictitious Defendants were residents of the County of Maricopa, State of Arizona; and/or were organized and existing under the laws of Arizona and doing business in the State of Arizona; and/or were foreign corporations, businesses, etc., qualified to do business within the State of Arizona, and actually doing business therein on the date of the accident alleged herein.

**VII**

All acts and events alleged hereafter occurred within the County of Maricopa, State of Arizona.

/ / /

1

### VIII

2    The minimum jurisdictional amount for filing this action has been satisfied.  This Court

3    has jurisdiction and venue is proper.

4    ### COUNT ONE: NEGLIGENCE

5    ### IX

6    Plaintiff re-alleges and incorporates paragraphs 1-8 above as if fully set forth herein.

7    ### X

8    On March 16, 2008, at East Moreland and North 1st Street in Phoenix, Arizona,

9    Plaintiff was riding his bicycle northbound in the pedestrian ramp entering Margaret T. Hance

10   Park. At the same time and place, Defendant Terrence Necessary was driving a Jeep

11   westbound on the south part of the pedestrian walkway in Margaret T. Hence Park, when he

12   collided with Plaintiff.

13   ### COUNT TWO: NEGLIGENCE PER SE

14   ### XI

15   Plaintiff re-alleges and incorporates paragraphs 1-10 above as if fully set forth herein.

16   ### XII

17   Defendant Terrence Necessary was using the walkway which is not intended for

18   vehicles and is negligent per se.

19   ### COUNT THREE - VICARIOUS LIABILITY

20   ### XIII

21   Plaintiff re-alleges and incorporates paragraphs 1-12 above as if fully set forth herein.

22   ### XIV

23   At all time relevant to this Complaint, Defendant Terrence Necessary was acting as an

24   agent, servant or employee within the scope of his employment on behalf of Defendant

25   Coalfield Services, Inc. and therefore, Defendant Coalfield Services, Inc. should be held liable

1  to Plaintiff for the actions of Terrence Necessary on the theory of respondeat superior, agency,

2  equitable estoppel, or other applicable law.

3  <center>XV</center>

4  Defendant Coalfield Services, Inc. is vicariously liable to Plaintiff for all injuries and

5  other damages caused by Defendant Terrence Necessary.

6  <center>**DAMAGES**</center>

7  <center>XVI</center>

8  Plaintiff re-alleges and incorporates paragraphs 1-15 above as if fully set forth herein.

9  <center>XVII</center>

10  As a direct and proximate result of the negligent, reckless, and careless conduct of

11  Defendants, Plaintiff suffered severe injuries which caused him pain, suffering, distress, mental

12  and emotional anguish and anxiety, and a general decrease in his quality and enjoyment of life,

13  all in an amount to be proven at trial.

14  <center>XVIII</center>

15  As a further direct and proximate result of the negligent, reckless, and careless conduct

16  of Defendants, Plaintiff incurred expenses for medical care, and may incur expenses for future

17  medical care, all in an amount to be proven at trial.

18  <center>XIX</center>

19  As a further direct and proximate result of the negligent, reckless, and careless conduct

20  of Defendants, Plaintiff has or may have suffered lost earnings and may suffer future lost

21  earnings and/or diminished earning capacity.

22  <center>XX</center>

23

24  As a further direct and proximate result of the negligent, reckless and careless conduct

25  of Defendants, Plaintiff has or may have suffered damage to his bicycle or other personal

property, and is or may be entitled to compensation for repair or replacement of the bicycle or

<center>4</center>

1   other property, for such property's accelerated depreciation, and for the loss of its use until it

2   was/is repaired or replaced, all in an amount to be proven at trial.

3

4        WHEREFORE, Plaintiff prays for judgment against Defendants, and each other

5   defendant named herein, jointly and severally, as follows:

6             a.    General damages with interest at the highest lawful rate from date of loss or

7   date of the judgment, whichever is sooner until paid in full;

8             b.    Special damages with interest at the highest lawful rate from date of loss or

9   date of the judgment, whichever is sooner until paid in full;

10            c.    Court costs with interest at the highest lawful rate from date of loss or date

11  of the judgment, whichever is sooner until paid in full;

12            d.    For damage and/or loss of use of property;

13            e.    For interest accruing on all damages until paid; and

14            f.    Such other relief as the Court deems proper.

15                              **JURY DEMAND**

16       Plaintiff requests a trial by jury.

17       DATED this _21_ day of November, 2008.

18                                        PHILLIPS & ASSOCIATES

19

20                                        By _____

21                                           John A. Schill, Esq.
                                             Attorney for Plaintiff

22

23

24

25

5

1 | John A. Schill (#018904)
PHILLIPS & ASSOCIATES
2 | 3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
3 | Telephone:   (602) 258-8900
Facsimile:   (602) 279-9155
4 |
Attorney for Plaintiff
5 |
## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
6 |
## IN AND FOR THE COUNTY OF MARICOPA
7 |

| | |
|---|---|
| ANTHONY ARLOTTA, III, Individually, | Case No.: **CV2008-029775** |
| Plaintiff, | **SUMMONS** |
| vs. | Tort – Motor Vehicle |
| COALFIELD SERVICES, INC. a foreign corporation; TERENCE NECESSARY AND JANE DOE NECESSARY, husband and wife; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X, | |
| Defendants. | IF YOU WANT THE ADVICE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ON-LINE AT WWW.LAWYERFINDERS.ORG. LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION |

STATE OF ARIZONA TO THE DEFENDANTS:

### TERENCE NECESSARY AND JANE DOE NECESSARY

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within twenty (20) days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served outside of the State of Arizona – whether by direct service, or by publication – you shall appear and defend within thirty (30) days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Service by publication is complete thirty (30) days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing the Affidavit of Compliance and return receipt or Officer's Return. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this State, the insurer shall not be required to appear, answer or otherwise plead until the expiration of forty (40) days after the date of service upon the Director. A.R.S. §§ 20-222, 28-1027.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

1

1

2

3

     YOU ARE CAUTIONED that in order to appear and defend, you must file an answer or other proper response in writing with the Clerk of the Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any answer or other response upon the plaintiff's attorney.

4

     The name and address of the plaintiff's attorney is:

5

6

John A. Schill
PHILLIPS & ASSOCIATES
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012

7

8

     Requests for reasonable accommodations for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding.

9

10

     SIGNED AND SEALED: _____.

11

MICHAEL K. JEANES
Clerk of the Superior Court

12

COPY

NOV 2 4 2008

13

By _____
Deputy Clerk

14

MICHAEL K. JEANES, CLERK
E. PEREZ
DEPUTY CLERK

15

16

17

18

19

20

21

22

23

24

25

2

1   Carl F. Mariano, SB# 010994
    Felice Guerrieri, State Bar No. 021107
2   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    Phoenix Plaza Tower II
3   2929 North Central Avenue, Suite 1700
    Phoenix, Arizona 85012-2761
4   Telephone: 602.385.1040
    Facsimile: 602.385.1051
5   Attorneys for Defendants

6

7                     IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8                          IN AND FOR THE COUNTY OF MARICOPA

9

10  ANTHONY ARLOTTA, III, Individually;        No. CV2008-029775

11         Plaintiff,

12  vs.                                        **NOTICE OF REMOVAL**

13  COALFIELD SERVICES, INC., a foreign        (Assigned to the Honorable J. Kenneth
    corporation; TERENCE NECESSARY AND         Mangum)
14  JANE DOE NECESSARY, husband and wife;
    JOHN DOES I-X and JANE DOES I-X;
15  BLACK CORPORATIONS I-X and WHITE
    PARTNERSHIPS I-X
16
           Defendants.
17
               NOTICE is hereby given that Defendants have filed a Notice of Removal of Action, in the

18  United States District Court, District of Arizona, on this date.  A copy of the Notice of Removal is

19  attached.

20         RESPECTFULLY SUBMITTED this ___31___ day of December, 2008.

21
                                              **LEWIS BRISBOIS BISGAARD & SMITH LLP**
22

23
                                              By _____
24                                               Carl F. Mariano
                                                 Felice F. Guerrieri
25                                               Attorneys for Defendants

26

27

28

4831-6129-4595.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

1   ORIGINAL of the foregoing filed this

2   _31st_ day of December, 2008, to:

3   Clerk, Maricopa County Superior Court
    201 West Jefferson

4   Phoenix, Arizona 85003

5   COPY of the foregoing mailed/faxed this
    _31st_ day of December, 2008, to:

6

7   Honorable J. Kenneth Mangum
    201 West Jefferson

8   Phoenix, Arizona 85003

9   John A. Schill, Esq.
    PHILLIPS & ASSOCIATES

10  3030 North Third Street, Suite 1100
    Phoenix, Arizona 85012

11  Attorneys for Plaintiff

12  _Terri Crawford_

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SOUTH CHURCH AVENUE, SUITE 2100
TUCSON, ARIZONA 85701-1635
TELEPHONE 520.399.6990

4831-6129-4595.1                               2