CAUSE NO.: _____
SUPPLEMENTAL CIVIL COVER SHEET
FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the

United States District Clerk's Office

Additional sheets may be used as necessary.

_____

1. **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s),

    Counterclaimants(s), Crossclaimant(s) and Third Party Claimant(s) still

    remaining in the case and indicate their party type.  Also, please list the

    attorney(s) of record for each party named and include their bar number, firm

    name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorneys |
|---|---|---|
| Anthony Arlotta III, a single person | Plaintiff | John Schill, SBN 018904<br>PHILLIPS & ASSOCIATES<br>3030 N. Third Street, Suite 1100<br>Phoenix, Arizona 85012 |
| Coalfield Services, Inc., Terence & Joyce Necessary | Defendants | Carl Mariano, SBN 010994<br>Felice Guerrieri, SBN 021107<br>Lewis Brisbois Bisgaard & Smith LLP<br>2929 North Central Avenue, Suite 1700<br>Phoenix, Arizona 85012<br>(602) 385-1040 |

2. **Jury Demand:**

   Was a Jury Demand made in another jurisdiction?      Yes   No X

       If "yes," by which party and on what date?

3. **Answer:**

   Was an Answer made in another jurisdiction?      Yes   No X

       If "yes," by which party and on what date?

4. **Served Parties:**

   The following parties have been served at the time this case was removed:

   | Party | Date Served | Method of Service |
   |---|---|---|
   | **Anthony Arlotta III** | **12/31/08** | **U.S. Mail, postage prepaid** |

5. **Unserved Parties**:

   The following parties have not been served at the time this case was removed: **N/A**

   | Party | Reason Not Served |
   |---|---|
   | **None** | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate changes from the style of the papers from another

4852-8072-9091.1

jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| **Plaintiff** | **Plaintiff alleges negligence involving Defendants' operation of a motor vehicle.** |

RESPECTFULLY SUBMITTED December 31, 2008.

LEWIS BRISBOIS BISGAARD & SMITH LLP

 /s/ Felice F. Guerrieri
Attorneys for Defendants

**Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

4852-8072-9091.1

ORIGINAL of the foregoing filed
December 31, 2008, with:

Clerk of the Court
United States District Court
Sandra Day O'Connor Courthouse
401 West Washington Street
Phoenix, Arizona  85003

COPY of the foregoing mailed December 31, 2008, to:

John A Schill, Esq.
PHILLIPS & ASSOCIATES
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
*Attorney for Plaintiff*


   /s/ Terri Crawford

4852-8072-9091.1