# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**WILLIAM M. MCCOOL**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

October 23, 2009

Maricopa County Superior Court
201 West Jefferson
Phoenix, Arizona 85003-2205

**ATTN:** Supervisor, Lower Level File Room

**RE:** **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

| **District Court Case Numbers:** | **Superior Court Case Numbers:** |
|---|---|
| **CV 08-2379-PHX-JWS** | **CV2008-029775** |

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on 10/23/09, remanding the above case to Maricopa County Superior Court for the State of Arizona.

        Sincerely,

        RICHARD H. WEARE, DCE/CLERK OF COURT

        S/ Kathy M. Gerchar
        Kathy M. Gerchar, Deputy Clerk

Enclosure
pc: All Counsel of Record
      Judicial Administrator
      Civil Court Administration
      4th Floor, CB
      201 West Jefferson
      Phoenix, Arizona 85003-2205